UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ALVARO SANTANA-LIM | § | |
| | § | |
| Plaintiff | § | |
| VS. | § | MISCELLANEOUS ACTION NO. L-10-5 |
| | § | CRIMINAL ACTION NO. 5:04-2280-2 |
| UNITED STATES | § | |

**FINAL JUDGMENT**

By order of even date, the Court has granted Respondent's Motion to Dismiss Petitioner's Motion for Return of Seized Property. Having resolved all pending claims in this action, the Court hereby enters final judgment.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Respondent's Motion to Dismiss Petitioner's Motion for Return of Seized Property having been in all things **GRANTED**; that Petitioner take nothing of and from Respondent; that Respondent recover its costs of court of and from Petitioner, for which execution may issue.

Done this 12th day of January, 2011, in Laredo, TX.


_____
Micaela Alvarez

UNITED STATES DISTRICT JUDGE